IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VELCERA, INC. and FIDOPHARM, INC. | Case No. 1:10-mc-00260-GMS<br><br>Civil Action No. 1:10-CV-00274-WO-WWD<br>Formerly Pending in the U.S. District Court for<br>the Middle District of North Carolina |

## STIPULATION OF DISMISSAL

WHEREAS, this case is a miscellaneous action relating to third party discovery regarding Civil Action No. 1:10-CV-00274-WO-WDD formerly pending in the United States District Court for the Middle District of North Carolina (the "North Carolina Action");

WHEREAS, currently pending before this Court are Merial Limited's ("Merial") Motion to Compel Non-Parties Velcera, Inc. and FidoPharm, Inc. (collectively "Velcera") to Comply with Subpoenas Duces Tecum (D.I. 4) and Velcera and FidoPharm's Cross Motion to Quash Merial's Subpoenas (D.I. 6);

WHEREAS, the parties in the North Carolina Action entered a stipulation of dismissal on December 19, 2011 that was signed and entered by the court on December 29, 2011;

WHEREAS, in view of the North Carolina Action being dismissed and Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Merial and Velcera by and through their undersigned attorneys, hereby stipulate to the dismissal of the above-captioned action with prejudice.

Each party shall bear its own fees and costs associated with this action.

| PHILLIPS, GOLDMAN & SPENCE, P.A. | ASHBY & GEDDES |
|---|---|
| /s/John C. Phillips, Jr. | /s/ Toni-Ann Platia |
| John C. Phillips, Jr. (#110) | Philip Trainer, Jr. (#2788) |
| 1200 North Broom Street | Toni-Ann Platia (#5051) |
| Wilmington, DE 19806 | 500 Delaware Avenue, 8th Floor |
| Tel. (302) 655-4200 | P.O. Box 1150 |
| Fax (302) 655-4210 | Wilmington, Delaware 19899 |
| Email: JCP@pgslaw.com | (302) 654-1888 |
| *Attorneys for Plaintiff Merial Limited* | *Attorneys for Respondents Velcera, Inc. and FidoPharm, Inc.* |

Dated: October 4, 2012